IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| Emerald Oil, Inc. | : | Case No.: 16-10704(KG) |
| Debtor. | : | |
| Emerald Oil, Inc., | : | **MEDIATION STATUS REPORT** |
| Plaintiff, | : | |
| v. | : | |
| Chantz Nelson dba CN Trucking, | : | Adv. Proc. No.: 18-50358 (KG) |
| Defendants. | : | |

    In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

    __X__    Mediation sessions are scheduled to occur on October 22, 2018.

    _____    A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

    _____    OTHER:

Dated: October 12, 2018        */s/ Ian Connor Bifferato*
                                              Ian Connor Bifferato (DE #3273)
                                              The Bifferato Firm P.A.
                                              1007 N. Orange Street, 4th Floor
                                              Wilmington, DE  19801