# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Emerald Oil, Inc. *et al.*, ) | Case No. 16-10704 (CSS) |
| ) | |
| Debtors ) | |
| ) | |
| Emerald Oil, Inc. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Adv. Proc. No. 18-50358 (CTG) |
| ) | |
| Chantz Nelson ) | |
| ) | |
| Defendant ) | |

## ORDER OF REASSIGNMENT OF JUDGE

**AND NOW, this 9th day of May, 2022, it is hereby ORDERED** that the above Chapter 11 adversary case is **TRANSFERRED** to the **Honorable Craig T. Goldblatt** for all further proceedings and dispositions.[1]

Laurie Selber Silverstein
Chief Judge

---

[1] When filing papers, please include the initials of the Judge assigned to the case.